cda

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 04-14009-CR-Middlebrooks/Lynch



UNITED STATES OF AMERICA,

    Plaintiff,

vs.

TIMOTHY DARNALL,

    Defendant.

_____/

## OBJECTIONS TO PRESENTENCE INVESTIGATION

The Defendant, Timothy Darnall, through counsel, hereby submits the following objections to the Presentence Investigation (PSI). Paragraph numbers refer to the PSI.

1. On page 3, "Dependants" should reflect two sons and a stepdaughter rather than just one son and a stepdaughter.

2. Paragraph 17 should indicate a base offense level of 21, using U.S.S.G. §2A3.2, as clarified in *United States v. Miranda*, 348 F.3d 1322 (11th Cir.2003).

3. Paragraph 18 should reflect no enhancement for age, as that enhancement does not apply to this guideline, which already reflects that behavior.

4. Paragraphs 23 and 26 should indicate an adjusted total offense level of 23.

5. Line 7 of paragraph 28 should indicate an offense date of March 18, 1994, not 2004. The Defendant admits the conduct on that date but denies the uncharged phone call described on March 10, 1994.

6. Paragraph 66 should yield a guideline range of 46-57 months, based on an offense level of 23 and a criminal history category of I. That guideline range becomes 60 months through operation of the mandatory minimum sentence.

7. Paragraph 74 should also include a note that at the time the Sentencing Commission wrote §5D1.2(c) (policy statement) the statutory maximum period of supervised release was five (5) years, not life.

8. The Defendant begs leave of the Court to file these objections out of time (2 days) as the PSI was not received by this Assistant Federal Public Defender until the date the objections were due, May 24, 2004, due to Counsel's absence from the District on a prepaid vacation. The day after Counsel's return, this PSI was reviewed with the client at the Indian River County Jail and these objections were filed the day after that.

KATHLEEN M. WILLIAMS
FEDERAL PUBLIC DEFENDER

By: _____
Dave Lee Brannon
Assistant
Federal Public Defender
Attorney for Defendant
Florida Bar No. 297941
400 Australian Ave. N., Ste 300
West Palm Beach, Florida 33401
TEL:(561) 833-6288/FAX:(561) 833-0368

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was delivered this 26th day of May, 2004, to Assistant United States Attorney Corey Steinberg at 505 South Second Street, Suite 200, Fort Pierce, FL 34950 and United States Probation Officer Angela Dickerson at 501 S. Flagler Drive, Suite 400, West Palm Beach, FL 33401.

Dave Lee Brannon