# United States Court of Appeals

Eleventh Circuit

56 Forsyth Street, N.W.
Atlanta, Georgia  30303

**Thomas K. Kahn**
Clerk

For rules and forms visit
www.ca11.uscourts.gov

October 24, 2005

Clarence  Maddox
Clerk, U.S. District Court
301 N MIAMI AVE STE 150
MIAMI  FL  33128-7788



FILED by _____ U.C.

NOV 2 9 2005

CLARENCE  MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

**Appeal Number: 04-13140-DD**
Case Style: USA v. Timothy Darnall
District Court Number:  04-14009 CR-DMM

The enclosed certified copy of the judgment and a copy of this court's opinion are hereby issued as the mandate of this court.

Also enclosed are the following:
    Original Exhibits, consisting of: one psi

The district court clerk is requested to acknowledge receipt on the copy of this letter enclosed to the clerk.

A copy of this letter, and the judgment form if noted above, but not a copy of the court's decision, is also being mailed to counsel and pro se parties. A copy of the court's decision was previously mailed to counsel and pro se parties on the date it was issued.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: James O. Delaney (404) 335-6113

Encl.

MDT-1 (03-2004)

# United States Court of Appeals

## For the Eleventh Circuit

No. 04-13140

District Court Docket No.
04-14009-CR-DMM

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT

Sep 23, 2005

THOMAS K. KAHN
CLERK

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

TIMOTHY RAY DARNALL,
a.k.a. Timothy Ray Darnell,

Defendant-Appellant.

A True Copy - Attested
Clerk U.S. Court of Appeals,
Eleventh Circuit

By: _____
Deputy Clerk
Atlanta, Georgia

--------------------------------------------------------------

Appeal from the United States District Court
for the Southern District of Florida

--------------------------------------------------------------

JUDGMENT

It is hereby ordered, adjudged, and decreed that the attached opinion included herein by reference, is entered as the judgment of this Court.

Entered:     September 23, 2005
For the Court:   Thomas K. Kahn, Clerk
By:     Jackson, Jarvis

ISSUED AS MANDATE

OCT 2 4 2005

U.S. COURT OF APPEALS
ATLANTA, GA.

[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 04-13140

_____

> FILED
> U.S. COURT OF APPEALS
> ELEVENTH CIRCUIT
> SEPTEMBER 23, 2005
> THOMAS K. KAHN
> CLERK

D. C. Docket No. 04-14009-CR-DMM

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

TIMOTHY RAY DARNALL,
a.k.a. Timothy Ray Darnell,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Florida

_____

**(September 23, 2005)**

Before TJOFLAT  and BARKETT, Circuit Judges, and FULLER*, Chief District
Judge.

_____

*Honorable Mark E. Fuller, United States Chief District Judge for the Middle District of
Alabama, sitting by designation.

PER CURIAM:

Having reviewed the briefs and considered argument of counsel, we find no error as to Appellant's conviction or sentence.  See United States v. Lebovitz, 401 F.3d 1263 (11th Cir. 2005); United States v. Rodriguez, 398 F.3d 1291 (11th Cir. 2005); United States v. Murrell, 368 F.3d 1283 (11th Cir. 2004).  Accordingly, the conviction and sentence are **affirmed.**

A True Copy - Attested
Clerk U.S. Court of Appeals,
Eleventh Circuit

By:_____
Deputy Clerk
Atlanta, Georgia